IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–01426–RM–KMT

BRYAN TREMBLAY,

      Plaintiff,

v.

UNITED STATES FOREST SERVICE,

      Defendant.

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant's "Unopposed Motion for Medical Examination" (Doc. No. 21, filed Feb. 27, 2014) is GRANTED.   Pursuant to Fed. R. Civ. P. 35(a), Plaintiff is ordered to submit to a physical and mental medical examination.   The independent medical examination shall occur on February 28, 2014 and will be performed by Dr. Susan Ladley at Denver Health Medical Center at 605 Bannock St., Denver, CO.   The examination shall consist of a standard history and physical examination, questionnaire, functional capacity evaluation, and medical records review.   The examination shall focus on Plaintiff's physical injuries, but may also consider the potential effect of these injuries to Plaintiff's mental state.

Dated:   February 27, 2014