IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13-cv-01426-RM-KMT

BRYAN TREMBLAY,

      Plaintiff,

v.

UNITED STATES FOREST SERVICE,

      Defendant.

---

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant's "Unopposed Motion for Neuropsychological Examination" (Doc. No. 27, filed March 18, 2014) is GRANTED.   Pursuant to Fed. R. Civ. P. 35(a), Plaintiff is ordered to submit to a neuropsychological examination.   The neuropsychological examination shall occur on March 21, 2014 at 9:00 a.m. and will last approximately seven (7) hours.   The examination will be performed by Dr. Melissa Henston at 1720 Bellaire St., Denver, CO 80222 and shall consist of an administration of a series of tests that examine different areas of cognitive functioning, as more thoroughly described in Defendants' Motion.

Dated:   March 19, 2014